FILED
SEP 27 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

1  GARY HARRE, ESQ. (BAR NO. 86398)
   LAW OFFICES OF GARY HARRE & ASSOCIATES
2  1940 W. ORANGEWOOD AVE, STE 110
   ORANGE, CA 92868
3  TELEPHONE: (714) 200-4701
   EMAIL: MNAPAUL1@GMAIL.COM
4
   ATTORNEY FOR DEBTOR
5  THUAN X. NGUYEN & TAMMY H. NGUYEBN

6

7           UNITED STATES BANKRUPTCY COURT
            CENTRAL DISTRICT OF CALIFORNIA
8

9

10 In re                          ) Case No. 8:09-BK-21730-RK
                                  )
11     THUAN X. NGUYEN            )
       TAMMY H. NGUYEN            ) DECLARATION OF DEBTOR IN
12                                ) SUPPORT OF OPPOSITION TO
                                  ) MOTION FOR RELIEF FROMS
13                                ) STAY.
                                  )
14                                ) DATE: SEPTEMBER 28TH, 2010
                                  ) TIME: 10:30 PM
15                                ) DEPT: 5D
                                  ) HON.: ROBERT KWAN
16                                )
                                  ) 411 West Fourth Street
17                                ) Santa Ana, CA 92701-4593
                                  )
18 _____

19      I, THUAN X. NGUYEN, declare:

20      1.    I am the Co-debtor in case number 8:09-BK-21730-RK. If called upon
21 to testify as to the matter set forth in this declaration, I could and would competently
22 testify thereto based upon my personal knowledge.
23      2.    This declaration is in support of my opposition to the pending motion
24 for relief from the automatic stay filed by movant, Triunfo One Acquisition, LLC
25 (hereinafter referred to as "Triunfo").
26      3.    On or about September 8, 2010, I retained Mr. Marc Tow to represent us
27 and was advised to continue with the Chapter 7 because we would not qualify for
28 Chapter 13.

EX PARTE MOTION FOR REOPENING BANKRUPTCY CASE

4. We desire to reorganize our business affairs and did not understand various options available to us.

5. On September 24, 2010, we retained the Law Office of Gary Harre and Associates to represent us in Chapter 11.

6. We purchased the commercial property, which is the subject of this motion for relief in 2006. The mortgage on the property was a Small Business Loan through Center Bank in the estimated amount of $1,019,000.00.

7. T&L Printing Services, Inc. is the current tenant of the subject property and is in default of the lease due to failure to pay rent.

8. The subject property is currently valued at approximately $1,800,000.00 based on comparable data as of September 1, 2010; NOT $1,600,000.00 as represented by the Movant as of March 1, 2010.

9. The property is fully occupied rather than vacant.

10. Furthermore, assignment of Leases and Rents was executed as part of the mortgage loan.

11. Movant's interest is adequately protected because there is cushion of almost $800,000 in equity, along with rent payable by the tenant, T&L Printing Services, Inc.

12. On or about February 2010, a representative from Triunfo contacted me regarding the outstanding loan.

13. Upon being questioned by me as now the Movant's relationship with the mortgage loan, I was told that they are the new owner of the loan when in fact, it was false.

14. Based on evidence submitted by Movant in this motion, the purported assignment of deed of trust from Center Bank to Triunfo did not take place until August 20, 2010.

15. There is no evidence that Movant held a perfected obligation because no promissory note endorsing the interest of the note by Center Bank.

- 2 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

16.   Therefore, Movant has no standing to bring this motion for relief from the automatic stay.

DATED this 26th day of September, 2010.

Respectfully Submitted;

_____
Thuan X. Nguyen