| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Gary L. Harre [SBN 86938]<br>1940 W. Orangewood Ave., Ste 110<br>Orange, CA 92868<br>(562) 200-4701<br>mnapaul1@gmail.com | **FILED**<br>SEP 29 2010<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:             Deputy Clerk |

Attorney for Thuan X. Nguyen and Tammy H. Nguyen

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:
THUAN X. NGUYEN
TAMMY H. NGUYEN

CHAPTER 7

CASE NUMBER 8:10-bk-21730-RK

Debtor.

## DEBTOR'S MOTION TO CONVERT CASE
## UNDER 11 U.S.C. §§ 706(a) OR 1112(a)

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

1. Debtor hereby moves this Court for an Order converting the above chapter _7_ case to a case under chapter _11_ on the grounds set forth below: Debtors desire to reorganize their businesses and retained properties.

2. **Filing Information:**

   a. ☑ A Voluntary Petition under chapter   ☑ 7   ☐ 11   ☐ 12   ☐ 13   was filed on: 8/23/10

   b. ☐ An Involuntary Petition under chapter   ☐ 7   ☐ 11   was filed on:
      ☐ An Order of Relief under chapter   ☐ 7   ☐ 11   was entered on:

   c. ☐ An Order of Conversion to chapter   ☐ 7   ☐ 11   ☐ 12   ☐ 13   was entered on:

   d. ☐ Other (specify):

3. **Procedural Status:**

   a. Name of trustee appointed (if any): Thomas H. Casey

   b. Name of Attorney of Record for trustee (if any):

4. Debtor alleges that this case has not been previously converted.

(Continued on next page)

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 1017-1.1**

| | Debtor's Motion to Convert Case - *Page 2* | F 1017-1.1 |
|---|---|---|
| In re THUAN X. NGUYEN<br>TAMMY H. NGUYEN | CHAPTER 7 | |
| | Debtor. CASE NUMBER 8:10-bk-21730-RK | |

5. Debtor alleges that the motion is filed in good faith, and that Debtor is eligible for relief under the chapter for which conversion is requested.

WHEREFORE, Debtor prays that this Court issue an Order (the form of which is submitted herewith and has been served) converting this case from one under chapter  7  to a case under chapter  11 .

Dated: 9-27-10

Respectfully submitted,

Gary Harre & Associates
*Firm Name*

By: _____

Name: Gary Harre, Esq.
*Attorney for Debtor/Trustee*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                           F 1017-1.1

Debtor's Motion to Convert Case - *Page 3*                                          F 1017-1.1

In re THUAN X. NGUYEN
TAMMY H. NGUYEN

CHAPTER 7

Debtor.    CASE NUMBER 8:10-bk-21730-RK

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1940 W. Orangewood Ave, #110
Orange, CA 92868

A true and correct copy of the foregoing document described as DEBTOR'S MOTION TO CONVERT CASE UNDER 11 U.S.C. §§ 706(a) OR 1112(a) will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 9/27/10 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
(1) Thomas H. Casey (Trustee), 22342 Avenida Empresa, Ste 260, Rancho Santa Margarita, CA 92688.
(2) US Trustee, 411 W. 4th St, Ste 9041, Santa Ana, CA 92701
(3)

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 9/27/10 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
(1) Thomas M. Geher (TGM@jmbm.com) & Caroline R. Djang (CRD@jmbm.com): attorneys for Triunfo One Acquisition, LLC.
(2) Gerald S. Kim (CDCAECF@bdfgroup.com): attorney for Deutsche Bank National Trust Company.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/27/10 | Judy Pham | *(signature)* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                  F 1017-1.1