1  GARY HARRE, ESQ. (BAR NO. 86398)
   LAW OFFICES OF GARY HARRE & ASSOCIATES
2  1940 W. ORANGEWOOD AVE, STE 110
   ORANGE, CA 92868
3  TELEPHONE: (714) 200-4701
   EMAIL: MNAPAUL1@GMAIL.COM

4  ATTORNEY FOR DEBTOR
       THUAN X. NGUYEN & TAMMY H. NGUYEBN

FILED NOV -4 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

ENTERED NOV -9 2010

LODGED OCT 20 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

ORIGINAL

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

10  In re                                          )  Case No. 8:10-BK-21730-RK
                                                   )
11      THUAN X. NGUYEN                             )  CHAPTER 7
        TAMMY H. NGUYEN                            )
                                                   )
12             Debtors.                            )
                                                   )
13  DEUTSCHE BANK NATIONAL TRUST                   )
    COMPANY, AS TRUSTEE OF THE                     )
14  RESIDENTIAL ASSET SECURITIZATION               )  **ORDER DENYING MOTION FOR**
    TRUST 2006-A1, MORTGAGE PASS-                  )  **RELIEF FROM THE AUTOMATIC STAY**
15  THROUGH CERTIFICATES, SERIES 2006-A            )  **UNDER 11 U.S.C. §362**
    UNDER THE POOLING AND SERVICING                )
16  AGREEMENT DATED FEBRUARY 1, 2006               )  HEARING DATE:
    ITS ASSIGNS AND/OR SUCCESSORS IN               )
17  INTEREST.                                      )  DATE:  10/19/2010
                                                   )  TIME:  10:30 A.M.
18                     Movant,                     )  CTRM:  5D
                                                   )
19  vs.                                            )
                                                   )
20  THUAN X. NGUYEN and TAMMY H.                   )
    NGUYEN, Debtors,                               )
21                                                 )
                         Respondents.              )
22                                                 )

23      A Motion for Relief from the Automatic Stay was noticed in the within matter and filed by

24  DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE RESIDENTIAL

25  ASSET SECURITIZATION TRUST 2006-A1, MORTGAGE PASS-THROUGH

26  CERTIFICATES, SERIES 2006-A UNDER THE POOLING AND SERVICING AGREEMENT

27  DATED FEBRUARY 1, 2006 ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST

28

ORDER DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. §362

1  ("Movant"). Said Motion was heard before the Honorable ROBERT KWAN, United States
2  Bankruptcy Judge on October 19, 2010. Debtors, through their attorney opposed the Motion.
3      The Court, having read the various pleadings, documents and proceedings herein and
4  having found cause to deny the Motion for Relief from the Automatic Stay herein, hereby makes its
5  Order as follows:
6      IT IS HEREBY ORDERED that in regard to the real property located at 3394 Carmel
7  Drive, Costa Mesa, CA 92626, the Motion for Relief from the Automatic Stay is hereby DENIED
8  FOR LACK OF EVIDENCE OF ~~and Movant has no~~ standing to enforce rights under the Promissory Note dated January 13, 2006
9  and Deed of Trust securing such note as recorded with Orange County Recorder on January 19,
10 2006 as instrument number 2006000043242.

13 DATED: 11/4/10

Hon. Robert Kwan
United States Bankruptcy Judge

- 2 -

| In re:<br>Thuan X Nguyen and Tammy H. Nguyen | Debtor(s). | CHAPTER 7<br>CASE NUMBER 8:10-21730 RK |
|---|---|---|

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **October 21, 2010**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below:

Thomas H Casey (TR) msalustro@tomcaseylaw.com, tcasey@ecf.epiqsystems.com

United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

Gerald S Kim cdcaecf@bdfgroup.com

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**Thuan X Nguyen & Tammy H. Nguyen**
3394 Carmel Dr
Costa Mesa, CA 92626

Gary Harre
1940 W Orangewood Ave Ste 110
Orange, CA 92868

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

F 9021.1