```
 1  GARY HARRE, ESQ. (BAR NO. 86398)
    LAW OFFICES OF GARY HARRE & ASSOCIATES
 2  1940 W. ORANGEWOOD AVE, STE 110
    ORANGE, CA 92868
 3  TELEPHONE: (714) 200-4701
    EMAIL: MNAPAUL1@GMAIL.COM
 4
    ATTORNEY FOR DEBTOR
      THUAN X. NGUYEN & TAMMY H. NGUYEBN
```

**FILED NOV - 4 2010**
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

**ENTERED NOV - 9 2010**

**LODGED OCT 20 2010**
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

**ORIGINAL**

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| | |
|---|---|
| In re<br>THUAN X. NGUYEN<br>TAMMY H. NGUYEN<br>Debtors.<br><br>~~DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-A UNDER THE POOLING AND SERVICING AGREEMENT DATED FEBRUARY 1, 2006 ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST.~~<br><br>Movant,<br><br>vs.<br><br>THUAN X. NGUYEN and TAMMY H. NGUYEN, Debtors,<br><br>Respondents. | Case No. 8:10-BK-21730-RK<br><br>CHAPTER 7<br><br>**ORDER DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. §362**<br><br>HEARING DATE:<br><br>DATE: 10/19/2010<br>TIME: 10:30 A.M.<br>CTRM: 5D |

A Motion for Relief from the Automatic Stay was noticed in the within matter and filed by DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-A UNDER THE POOLING AND SERVICING AGREEMENT DATED FEBRUARY 1, 2006 ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST

1  ("Movant"). Said Motion was heard before the Honorable ROBERT KWAN, United States
2  Bankruptcy Judge on October 19, 2010. Debtors, through their attorney opposed the Motion.
3  The Court, having read the various pleadings, documents and proceedings herein and
4  having found cause to deny the Motion for Relief from the Automatic Stay herein, hereby makes its
5  Order as follows:
6  IT IS HEREBY ORDERED that in regard to the real property located at 3394 Carmel
7  Drive, Costa Mesa, CA 92626, the Motion for Relief from the Automatic Stay is hereby DENIED
8  FOR LACK OF EVIDENCE OF ~~and Movant has no~~ standing to enforce rights under the Promissory Note dated January 13, 2006
9  and Deed of Trust securing such note as recorded with Orange County Recorder on January 19,
10  2006 as instrument number 2006000043242.

13  DATED: 11/4/10

Hon. Robert Kwan
United States Bankruptcy Judge

- 2 -

| In re:<br>Thuan X Nguyen and Tammy H. Nguyen | Debtor(s). | CHAPTER 7<br>CASE NUMBER 8:10-21730 RK |
|---|---|---|

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **October 21, 2010**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below:

Thomas H Casey (TR) msalustro@tomcaseylaw.com, tcasey@ecf.epiqsystems.com

United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

Gerald S Kim cdcaecf@bdfgroup.com

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**Thuan X Nguyen & Tammy H. Nguyen**
3394 Carmel Dr
Costa Mesa, CA 92626

Gary Harre
1940 W Orangewood Ave Ste 110
Orange, CA 92868

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

F 9021.1

# CERTIFICATE OF NOTICE

```
District/off: 0973-8          User: skentC              Page 1 of 1                  Date Rcvd: Nov 09, 2010
Case: 10-21730                Form ID: pdf031           Total Noticed: 4
```

The following entities were noticed by first class mail on Nov 11, 2010.
```
db/jdb       +Thuan X Nguyen,    Tammy H Nguyen,    3394 Carmel Dr,    Costa Mesa, CA 92626-2132
aty          +Gary L Harre,    Law Offices of Gary Harre,    1940 W Orangewood Ave Ste 110,
               Orange, CA 92868-5042
cr           +Deutsche Bank National Trust Company,    c/o BDFTW,    20955 Pathfinder Rd., Ste. 300,
               Diamond Bar, CA 91765-4029
cr           +Triunfo One Acquisition, LLC,    c/o Jeffer Mangels Butler & Mitchell LLP,    Attn: Thomas M. Geher,
               1900 Avenue of the Stars,    7th Floor,    Los Angeles, CA 90067-4308
```
The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp          Courtesy NEF
                                                                                              TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 11, 2010**                    **Signature:**    _Joseph Speetjens_