| Chapter 7 Trustee Name, Address, Telephone & FAX Numbers | FOR COURT USE ONLY |
|---|---|
| THOMAS H. CASEY, (State Bar No. 138264)<br>22342 Avenida Empresa, Suite #260<br>Rnch Santa Margarita, CA  92688<br>Telephone: (949) 766-8787<br>Telecopier: (949) 766-9896 | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:
　　THUAN X NGUYEN
　　TAMMY H NGUYEN
　　　　　　　　　　　　　　Debtor(s).

CHAPTER 7

CASE NO.: 8:10-21730-RK

(No Hearing Required)

# TRUSTEE'S REQUEST TO DISMISS CHAPTER 7 DEBTOR(S) FOR FAILURE TO APPEAR AT SECTION 341(a) MEETING OF CREDITORS

I, the undersigned Trustee, certify under penalty of perjury that the debtor(s) failed to appear at Section 341(a) Meeting of Creditors and any continuances thereof.  I further certify that I have notified the within debtor(s) of any continued/rescheduled Section 341(a) Meeting of Creditors and recommend that a dismissal order be initiated against:

☒    **DEBTOR:**     THUAN X NGUYEN

☒    **JOINT DEBTOR:**     TAMMY H NGUYEN

Dated:    December 2, 2010

THOMAS H. CASEY                                    /s/ Thomas H. Casey
*Type Name of Trustee*                              *Signature of Trustee*