**GLOBAL CAPITAL LAW**
Gary Harre, Esq. (86398)
8700 Warner Ave., Ste 200
Fountain Valley, Ca 92708
Phone  (714) 907-4182
Fax     (714) 907-4175
Email: ghcmecf@Gmail.Com

ATTORNEY FOR DEBTORSS,
    THUAN X. NGUYEN & TAMMY H. NGUYEN

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>   THUAN X. NGUYEN<br>   TAMMY H. NGUYEN<br><br>        Debtorss | **Case No.  8:09-bk-21730-RK**<br><br>**DEBTORS'S NOTICE OF MOTION AND MOTION FOR SANCTIONS UNDER RULE 9011 FOR FILING RELIEF FROM AUTOMATIC STAY BY CITIMORTGAGE, INC., SUCCESSOR BY MERGER WITH ABN AMRO MORTGAGE GROUP, INC**<br><br>**DATE: FEB. 15, 2011**<br>**TIME:  10:30 AM**<br>**DEPT:  5D**<br><br>411 West Fourth Street<br>Santa Ana, CA 92701-4593 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Please take notice that on the above date at the above time and place, the following Motion for Sanctions Pursuant to Rule 11 of the Federal Rules of Civil Procedure made applicable by Bankruptcy Rule 9011 and L.R. 11-9 will be heard.

MOTION

    Pursuant to Rule 11 of the Federal Rules of Civil Procedure, Debtors, THUAN X. NGUYEN and TAMMY H. NGUYEN, by and through their Counsels, moves the Court to determine if FRCP 11(b) mad applicable by Bankruptcy Rule 9011 has

been violated on grounds that **CITIMORTGAGE FILED A** Motion for Relief from Stay (the "Motion For Stay Relief") as to property located at 1149 S. Arapaho Dr., Santa Ana, CA 92704. at (the "Property") has filed documents that appear to be either patently false or misleading in connection with the Motion For Stay Relief. In the Motion For Stay Relief, CitiMortgage, through its counsel Pite Duncan, LLP, asserted that it has legal standing as beneficiary under the Deed of Trust which secured the promissory note[1]. Furthermore, under the penalty of perjury, Eric Rose, a Bankruptcy Specialist of CitiMortgage, Inc. stated that "<u>CitiMortgage's records reflect that CitiMortgage, Inc., successor by merger with ABN AMRO Mortgage Group, Inc. holds possession of the original note</u>.

Assertions made by CitiMortgage and its counsel, Pite Duncan are false and is fraud upon this Court. In fact, records from Freddie Mac indicate that they are the owner of this mortgage; not CitiMortgage. . A true and correct print out verifying this information is available at https://ww3.freddiemac.com/corporate/   is attached hereto as Exhibit "A".

This is not the only time Pite Duncan committed fraud upon the Court by bringing this type of Motion for Relief from Automatic Stay by asserting false claims as to ownership of mortgage. Such action must be stopped by the Court's imposition of costs and the award of attorney's fees to opposing counsel, and such other sanctions, including denial of the motion, as may appear proper to the Court under the circumstances.

Sanctions Are Appropriate under Bankruptcy Rule 9011 And The Court's Inherent Authority.

WHEREFORE, the Debtor moves this Court to sanction CitiMortgage pursuant to FRCP Rule 11 and Local Rule 9011-3(c) of the United States Bankruptcy Court for the Central District of California and require CitiMortgage and its Attorneys to pay <u>Penalties for an Unnecessary and Unwarranted Motion  and subject</u>

---

[1] *See* Real Property Declaration, F4001-1M.RP, Section 7.

- 2 -

<u>CitiMortgage and its</u> and attorney to the imposition of costs and the award of attorney's fees to opposing counsel, and such other sanctions, including denial of the motion or dismissal of the proceeding, as may appear proper to the Court under the circumstances.

DATED: 02/10/2011               Respectfully Submitted;

_____
Gary Harre, Esq.