1  BRIAN A. PAINO (CA SBN 251243)
   CATHERINE T. VINH (CA SBN 269020)
2  PITE DUNCAN, LLP
   4375 Jutland Drive, Suite 200
3  P.O. Box 17933
   San Diego, CA 92177-0933
4  Telephone: (858) 750-7600
   Facsimile: (619) 590-1385
5
6  Attorneys for CITIMORTGAGE, INC., SUCCESSOR BY MERGER WITH ABN
           AMRO MORTGAGE GROUP, INC.
7
8              UNITED STATES BANKRUPTCY COURT
9        CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:10-bk-21730-RK |
| THUAN X NGUYEN AND TAMMY H NGUYEN, | Chapter 7 |
| Debtor(s). | NOTICE OF CONTINUED HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY<br>(11 U.S.C. § 362 and Bankruptcy Rule 4001)<br><br>DATE:  February 22, 2011<br>TIME:  11:00 AM<br>CTRM:  5D<br><br>Ronald Reagan Federal Building<br>411 West Fourth Street<br>Santa Ana, CA 92701-4593 |

19  TO THE RESPONDENTS NAMED ABOVE:

20     PLEASE TAKE NOTICE that a hearing regarding the Motion for Relief From Automatic

21  Stay brought by CitiMortgage, Inc., successor by merger with ABN AMRO Mortgage Group, Inc.

22  ("Movant"), will be heard in Courtroom 5D of the above-captioned court, located at 411 West

23  Fourth Street, Santa Ana, CA 92701-4593, on February 22, 2011 at 11:00 AM. This Motion is

24  based on the Notice of Motion and Motion for Relief From Automatic Stay previously filed with the

25  Court on January 18, 2011 [Docket 43], and on such further evidence and oral argument as may be

26  /./.

27  /./.

28  /./.

1 | presented to the Court by Movant at the hearing. This hearing is being continued from the previous

2 | hearing, which was heard on February 15, 2011 at 10:30 AM.

Dated: February 15, 2011                                    PITE DUNCAN, LLP

/s/ CATHERINE T. VINH (CA SBN 269020)
CATHERINE T. VINH
Attorneys for CITIMORTGAGE, INC., SUCCESSOR BY MERGER WITH ABN AMRO MORTGAGE GROUP, INC.

| In re:<br>THUAN X NGUYEN AND TAMMY H NGUYEN Debtor(s), and THOMAS H CASEY (TR), Chapter 7 Trustee | CHAPTER 7<br>CASE NUMBER 8:10-BK-21730-RK |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

The foregoing document described NOTICE OF CONTINUED HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On February 15, 2011 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On February 15, 2011 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Honorable Robert N. Kwan
Ronald Reagan Federal Building
411 W. Fourth Street, Suite 5165
Santa Ana, CA 92701-4593

Gary L. Harre
Law Offices of Gary Harre
1940 W Orangewood Ave Ste 110
Orange, CA 92868

Center Bank
c/o Managing or Servicing Agent
253 N Western
Los Angeles, CA 90004

Thuan X Nguyen
Tammy H Nguyen
3394 Carmel Dr
Costa Mesa, CA 92626

Thomas H Casey (TR)
22342 Avenida Empresa, Suite 260
Rancho Santa Margarita, CA 92688

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 15, 2011 | Anna Dzhabaryan | /s/ ANNA DZHABARYAN |
|---|---|---|
| *Date* | *Type Name* | *Signature* |