**GLOBAL CAPITAL LAW**
Gary Harre, Esq. (CBN 86938)
Diane Beall (CBN 86877)
8700 Warner Ave., Ste 200
Fountain Valley, CA 92708
Phone   (714) 907-4182
Fax     (714) 907-4175
Email: ghcmecf@gmail.Com

Attorneys for Debtors, THUAN X. NGUYEN AND TAMMY H. NGUYEN

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION**

| | |
|---|---|
| In Re:<br><br>THUAN X. NGUYEN AND TAMMY H. NGUYEN<br><br>　　　　　Debtors. | **Case No. 8:10-BK-21730-RK**<br><br>**CHAPTER 11**<br><br>**REQUEST FOR EVIDENTIARY HEARING; DEBTORS' DEMAND FOR IMMEDIATE DISCLOSURES AND INFORMAL DISCOVERY IN SUPPORT OF OPPOSITION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF.**<br><br>[Bankruptcy Rule 9014 & 7026]<br><br>DATE: 03/08/2011<br>TIME:  10:30 AM<br>CTRM: 5D |

Debtors Thuan X. Nguyen and Tammy H. Nguyen (hereinafter "DEBTORS" or "NGUYEN"), by and through their undersigned counsels, respectfully request this Court to set evidentiary hearing and to order Movant, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-A UNDER POOLING AND SERVICING AGREEMENT DATED FEBRUARY 1, 2006 ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST (hereinafter "DBNTC, AS TRUSTEE" or "MOVANT"), to make immediate disclosure of individual(s) likely to have discoverable information that Movant used to support its Motion for Relief for Automatic Stay and copy of all

documents, data compilations, and things that are in possession, custody or control of movants.

DBNTC, as Trustee, through its known foreclosure mill counsel Barrett Daffin Frappier Treder & Weiss, LLP (hereinafter "BDFTW"), previously moved this Court to lift the automatic stay relating to the property known as 3394 Carmel Drive, Costa Mesa, CA 92626. *See* Pacer Docket 14. This Court issued its tentative ruling as part of the hearing that was held on October 19, 2010. A true and correct copy of the tentative ruling is attached herewith as **Exhibit A**. This Court denied Movant's motion for lack of evidence or standing. The order denying motion for relief from the automatic stay was entered by this Court on November 4, 2011. *See* Pacer Docket 14.

Despite such adverse ruling, Movant, through its counsel, again brings essentially the same motion with virtually identical supporting evidence. The only additional evidence that Movant produced was alleged ALLONGES coming from two different entities. *See* Pacer Docket 45-1, page 21-22 of 29. Such ALLONGES were NOT "firmly attached" to previously produced copy of the promissory note.

Debtors contend that Movant has no legal standing and its motion must be denied. The addition of a purported ALLONGES, not included in the previously proffered as evidence in support of the motion for relief from automatic stay, undisputedly confirmed that the ALLONGES were not firmly attached to the original promissory note as filed under penalty of perjury.

THEREFORE, Movant's Motion for Relief from the Automatic Stay is a contested matter under Bankruptcy Rule 9014(c) which makes Bankruptcy Rule 7026 applicable. Furthermore, Rule 7026 incorporates Rule 26 of Federal Rules of Civil Procedures.

**DEMAND FOR IMMEDIATE DISCLOSURES AND INFORMATION DISCOVERY.**

Under Rule 26(a)(1), Debtors demand MOVANT, ***without awaiting a discovery request***, provide and produce the following:

1. The full name, address and telephone number of Lorna Morell, an authorized representative of Loan Servicer Onewest Bank, FSB.
2. Declarant, Lorna Morell, to appear at Motion for Relief from the Automatic Stay scheduled by MOVANT on 3/8/2011.
3. The name, address and telephone number of each individual likely to have discoverable information that the MOVANT may used to support its Motion for Relief from the Automatic Stay.

4. Copy of all documents, data compilations, and things that are in the possession, custody or control of the MOVANT and that the MOVANT may use to support its Motion for Relief from the Automatic Stay.

Debtors respectfully request this Court to set adequate time at the hearing on March 8, 2011 for examination of witness MOVANT used as support of their Motion for Relief from Automatic Stay.

Dated: February 28, 2011                    Respectfully Submitted;

                                            /s/ Gary Harre
                                            Gary Harre, Esq.
                                            Diane Beall, Esq.
                                            Attorneys for Debtors

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Warner Ave., Ste 200
Fountain Valley, CA  92708

A true and correct copy of the foregoing document described as **REQUEST FOR EVIDENTIARY HEARING; DEBTORS' DEMAND FOR IMMEDIATE DISCLOSURES AND INFORMAL DISCOVERY IN SUPPORT OF OPPOSITION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On *2/28/2011*, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Thomas H Casey (TR)    msalustro@tomcaseylaw.com, tcasey@ecf.epiqsystems.com
- Thomas M Geher    tmg@jmbm.com
- Gerald S Kim    cdcaecf@bdfgroup.com
- Marisol A Nagata    cdcaecf@bdfgroup.com
- Ramesh Singh    claims@recoverycorp.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Darlene C Vigil    cdcaecf@bdfgroup.com
- Catherine T Vinh    ecfcacb@piteduncan.com
- Joshua del Castillo    jdelcastillo@allenmatkins.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 2/28/2011 | Carolyn J Olson |  | /s/  Carolyn J Olson |
|---|---|---|---|
| *Date* | *Type Name* |  | *Signature* |