GLOBAL CAPITAL LAW
Gary Harre, SBN 86938
Diane Beall, SBN 86877
8700 Warner Avenue, Suite 200
Fountain Valley, CA 92807
Telephone: (714) 907-4182
Facsimile: (714) 907-4175

Attorneys for Debtors

FILED & ENTERED

MAR 02 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kent        DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

In re:

THUAN X. NGUYEN, TAMMY NGUYEN,

    Debtors

) Case No. 10-21730-RK
)
) Chapter 7
)
) **ORDER CONVERTING CHAPTER 7**
) **CASE TO A CHAPTER 11 CASE**
)
) Date: February 15, 2011
) Time: 2:30 p.m.
) Place: Courtroom 5 D
)   411 W. Fourth Street
)   Santa Ana, CA 92707

  The Debtors' Motion to Convert Chapter 7 case to a Chapter 11 case of Thuan X. Nguyen, Tammy H. Nguyen, ("Debtors") came on for hearing before the Honorable Robert N. Kwan, United States Bankruptcy Judge, at the above time and place. Appearances were noted on the record.

  Based on the matters set forth in the Motion and the Opposition to the Motion; having considered the evidence in support of the pleadings and all relevant documents on file in the case; having heard the arguments of counsel; and good cause appearing,

//

//

//

- 1 -

1  **IT IS HEREBY ORDERED** that:

2  Debtors' Motion to Convert Chapter 7 case to a Chapter 11 case is **GRANTED**.

###

DATED: March 2, 2011

_____
United States Bankruptcy Judge

Deutsche Bank National Trust Company
c/o BDFTW
20955 Pathfinder Rd., Ste. 300
Diamond Bar, CA 91765-4029

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
ATTN: Bankruptcy
P.O. Box 2952
Sacramento, CA 95812-2952

Triunfo One Acquisition, LLC
c/o Jeffer Mangels Butler & Mitchell LLP
Attn: Thomas M. Geher
1900 Avenue of the Stars
7th Floor
Los Angeles, CA 90067-4308

CDC SMALL BUSINESS FINANCE
1545 RIVER PARK DR  530
SACRAMENTO CA 95815-4693

CENTER BANK
253 N WESTERN AVENUE
LOS ANGELES CA 90004-4107

CITI MORTGAGE
PO BOX 769004
SAN ANTONIO TX 78245-9004

CITI MORTGAGE INC
PO BOX 6006
THE LAKES NV 88901-6006

INDYMAC MORTGAGE SERVICES
6900 BEATRICE DR
KALAMAZOO MI 49009-9559

Toyota Motor Credit Corporation
3200 West Ray Road
Chandler, AZ 85226-2450

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 8700 Warner Avenue, Suite 200, Fountain Valley, CA 92807

A true and correct copy of the foregoing document described as **Order Converting Chapter 7 Case to a Chapter 11 Case** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On February 23, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On February 23, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Robert N. Kwan
411 W. Fourth Street, Suite 5165
Santa Ana, CA 92701

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ***Fill in Date Document is Filed,*** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 23, 2011 | Delores Jackson | /s/ Delores Jackson |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **Order Converting Chapter 7 Case to a Chapter 11 Case** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **March 1, 2011**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Thomas H Casey (TR)    msalustro@tomcaseylaw.com, tcasey@ecf.epiqsystems.com
- Thomas M Geher    tmg@jmbm.com
- Gerald S Kim    cdcaecf@bdfgroup.com
- Marisol A Nagata    cdcaecf@bdfgroup.com
- Ramesh Singh    claims@recoverycorp.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Darlene C Vigil    cdcaecf@bdfgroup.com
- Catherine T Vinh    ecfcacb@piteduncan.com
- Joshua del Castillo    jdelcastillo@allenmatkins.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Debtor
Thuan X Nguyen
Tammy H Nguyen
3394 Carmel Dr
Costa Mesa, CA 92626

Gary L Harre
Global Capital Law P.C.
17111 Beach Blvd Ste 100
Huntington Beach, CA 92647

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page