**GLOBAL CAPITAL LAW**
GARY HARRE, ESQ. (BAR NO. 86938)
8700 Warner Ave., Ste 200
Fountain Valley, CA 92708
Telephone: (714) 907-4182
Email: ghcmecf@gmail.com

Attorney for Debtor(s)
    THUAN X. NGUYEN
    TAMMY H. NGUYEN

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>    THUAN X. NGUYEN<br>    TAMMY H. NGUYEN,<br><br>        Debtor(s). | **Case No.  8:10-bk-21730-RK**<br><br>**Chapter 7 Converted to 11**<br><br>**Hon. Robert Kwan**<br><br>**DECLARATION IN SUPPORT OF DEBTORS' MOTION TO ENFORCE AUTOMATIC STAY; FOR SANCTIONS FOR VIOLATION OF THE AUTOMATIC STAY, 11 U.S.C. §362 AGAINST ASHE EVEREST & ASSOCIATES, INC.; TOYOTA MOTOR CREDIT; TOYOTA FINANCIAL SERVICES; LEXUS FINANCIAL SERVICES; AND FOR AN ORDER TO SHOW CAUSE WHY SANCTIONS UNDER 11 U.S.C. §362(k)(1) SHOULD NOT BE IMPOSED.**<br><br>[Emergency Hearing Requested Pursuant to Local Bankruptcy Rule 9075-19(a)] |

    I, Paul Nguyen, declare under the penalty of perjury of the laws of the United States as follows:

1. I am an employee of the law firm Global Capital Law.  If called as a witness in this Action, I am competent to testify of my own personal knowledge, to the best of my recollection, as to the matters set forth in this Declaration.

2. Our law office represents Debtors in the above captioned Bankruptcy Case.

---

DECLARATION IN SUPPORT OF THE EMERGENCY MOTION OF DEBTORS TO ENFORCE AUTOMATIC STAY AND FOR VIOLATION OF THE AUTOMATIC STAY.

GARY HARRE, ESQ. (BAR NO. 86938)
8700 WARNER AVE., SUITE 200
FOUNTAIN VALLEY, CA 92708
TELEPHONE: (714) 907-4182

3. I submit this declaration in support of Debtors' Motion to Enforce Automatic Stay and For Violation Of The Automatic Stay, 11 U.S.C. § 362 Against Ashe Everest & Associates, Inc.; Toyota Motor Credit; Toyota Financial Services; Lexus Financial Services.

4. On March 1, 2011, at approximately 3:30 PM, I spoke with a representative of Lexus Financial Services and notified them of the above captioned Bankruptcy Case filing and of the Automatic Stay.

5. I further advised the representative of Lexus Financial Services that any attempt to repossess the Debtors' vehicle would be a violation of the Automatic Stay, making them subject to sanctions and if they proceeded to violate the Automatic Stay, we would then immediately file a motion to enforce the automatic stay and for sanctions under Bankr.Code 11 U.S.C. § 362.

6. On that same date, at approximately 8:00 pm, I received a call from Debtors Thuan Nguyen and Tammy Nguyen via my cellular phone.

7. They informed me that two individuals pulled up onto their driveway attempting to gain access to their garage to retrieve the Lexus vehicle.

8. I informed them to contact the Costa Mesa Police Department to which they did.

9. While I was on the phone, Mr. Thuan Nguyen spoke to the unidentified individuals from Ashe Everest & Associates, Inc. and demanded them to leave the property.

10. After about 15 minutes of arguments, two officers from Costa Mesa Police Department responded to the call and inquired with Mr. Thuan Nguyen as to what has happened.

11. Mr. Nguyen informed the officers that he has filed for bankruptcy and the unknown people attempted to gain access to the garage to remove

- 2 -
DECLARATION IN SUPPORT OF THE EMERGENCY MOTION OF DEBTORS TO ENFORCE AUTOMATIC STAY AND FOR VIOLATION OF THE AUTOMATIC STAY.

the Lexus vehicle parked inside.

12. The officers returned after about 10 minutes and informed Mr. and Mrs. Nguyen that these people are from Ashe Everest & Associates, Inc., a repossession company, acting on behalf of Lexus and Toyota Financial.

13. The officers further instructed Mr. and Mrs. Nguyen to open the garage door so that they can repossess the vehicle; to which they refused.

14. After approximately 10 minutes of repeated conversation, Mr. Nguyen informed the officers that he would like these unknown individuals from Ashe Everest & Associates, Inc. to leave the property because they trespassed.

15. After 20 minutes of silence, Mr. Nguyen informed me that the officers and unknown individuals had left the property but threatened to repossess the vehicle when in public.

16. I declare under penalty of perjury under the laws of the United States of American and the State of California that the foregoing is true and correct.

Executed this 3rd day of March 2011, at Fountain Valley, California.

Respectfully Submitted;        __/s/ Paul Nguyen__
                               Paul Nguyen
                               Global Capital Law