| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| *Attorney for* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: | CHAPTER _____ |
|---|---|
| | CASE NUMBER |
| | DATE: |
| | TIME: |
| Debtor. | COURTROOM: |

## NOTICE OF MOTION FOR:

*(Specify name of Motion)*

1. TO:

2. NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this Court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith.  Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

3. **Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one.  (If you do not have an attorney, you may wish to consult one.)

   | **Hearing Date:** | **Time:** | **Courtroom:** | **Floor:** 5th |
   |---|---|---|---|
   | ❏  **255 East Temple Street, Los Angeles** | | ❏  **411 West Fourth Street, Santa Ana** | |
   | ❏  **21041 Burbank Boulevard, Woodland Hills** | | ❏  **1415 State Street, Santa Barbara** | |
   | ❏  **3420 Twelfth Street, Riverside** | | | |

4. **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to Local Bankruptcy Rule 9013-1.  If you wish to oppose this Motion, you must file a written response with the Bankruptcy Court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date.  If you fail to file a written response to this Motion within such time period, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the Judge's self-calendaring procedures.

Dated:  March 4, 2011

_____
*Law Firm Name*

By: _____

Name: _____
*Attorney for Movant*

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                             **F 9013-1.1**

| In re | CHAPTER: |
|---|---|
| Debtor(s). | CASE NO.: |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

A true and correct copy of the foregoing document described as _____
_____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**. . . Emergency Motion of Debtors To Enforce Automatic Stay; For Sanctions For Violation of The Automatic Stay, 11 U.S.C. §362 and For An Order To Show Cause Why Sanctions Under 11 U.S.C. §362(K)(1) Should Not Be Imposed.**

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow.  Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

Honorable Robert Kwan
411 W. Fourth Street, Suite 51465
Santa Ana, CA 92701

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____      /s/ Carolyn J Olson _____
*Date*                    *Type Name*                       *Signature*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                              F 9013-1.1

Notice of Motion (with Hearing) - *Page 3*    F 9013-1.1

| In re THUAN X. NGUYEN<br>TAMMY H. NGUYEN | | CHAPTER: 11 |
|---|---|---|
| | Debtor(s). | CASE NO.: 8:10-bk-21730-RK |

**ADDITIONAL SERVICE INFORMATION** (if needed):

- Thomas H Casey (TR)    msalustro@tomcaseylaw.com and to casey@ecf.epiqsystems.com
- Thomas M Geher    tmg@jmbm.com
- Gerald S Kim    cdcaecf@bdfgroup.com
- Marisol A Nagata    cdcaecf@bdfgroup.com
- Ramesh Singh    claims@recoverycorp.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Darlene C Vigil    cdcaecf@bdfgroup.com
- Catherine T Vinh    ecfcacb@piteduncan.com
- Joshua del Castillo    jdelcastillo@allenmatkins.com

Via Regular US Mail:

Franchise Tax Board
ATTN: Bankruptcy
P.O. Box 2952
Sacramento, CA 95812-2952

CDC SMALL BUSINESS FINANCE
1545 RIVER PARK DR 530
SACRAMENTO CA 95815-4693

CITI MORTGAGE INC
PO BOX 6006
THE LAKES NV 88901-6006

Deutsche Bank National Trust Company
c/o BDFTW
20955 Pathfinder Rd., Ste. 300
Diamond Bar, CA 91765-4029

Triunfo One Acquisition, LLC
c/o Jeffer Mangels Butler & Mitchell LLP
Attn: Thomas M. Geher
1900 Avenue of the Stars
7th Floor
Los Angeles, CA 90067-4308

CENTER BANK
253 N WESTERN AVENUE
LOS ANGELES CA 90004-4107

INDYMAC MORTGAGE SERVICES
6900 BEATRICE DR
KALAMAZOO MI 49009-9559

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

CITI MORTGAGE
PO BOX 769004
SAN ANTONIO TX 78245-9004

Toyota Motor Credit Corporation
3200 West Ray Road
Chandler, AZ 85226-2450

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 9013-1.1