MARISOL A. NAGATA, ESQ.
State Bar No. 221387
BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP
20955 Pathfinder Road, Suite 300
Diamond Bar, California 91765
(626) 915-5714 – Phone
(909) 595-7640 - Fax
cdcaecf@BDFGROUP.com
File No. 1942549

Attorneys for Movant
DEUTSCHE BANK NATIONAL TRUST COMPANY,
AS TRUSTEE OF THE RESIDENTIAL ASSET
SECURITIZATION TRUST 2006-A1, MORTGAGE
PASS-THROUGH CERTIFICATES, SERIES 2006-A UNDER
THE POOLING AND SERVICING AGREEMENT DATED
FEBRUARY 1, 2006 ITS ASSIGNS AND/OR SUCCESSORS
IN INTEREST

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| In re: | CASE NO.: 8:10-bk-21730-RK |
| --- | --- |
| **Thuan X Nguyen and Tammy H Nguyen**, | CHAPTER: 11 |
| Debtors. | **DECLARATION RE: FILING AND SERVICE OF SUPPLEMENTAL BRIEF RE: _GOMES v. COUNTRYWIDE HOME LOANS, INC., et al_ IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |
| | Continued Hearing: |
| | DATE: March 22, 2011 |
| | TIME: 10:30 a.m. |
| | LOCATION: US Bankruptcy Court |
| | 411 W. Fourth St. |
| | Courtroom 5D, 5th Floor |
| | Santa Ana, CA |

1
DECLARATION RE: FILING AND SERVICE OF SUPPLEMENTAL BRIEF RE: _GOMES v. COUNTRYWIDE HOME LOANS, INC., et al_ IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY

I, <u>Marisol A. Nagata,</u> declare as follows:

1. I am an attorney at law, admitted to practice before the United States District Court for the Central District of California, and I am associated with Barrett Daffin Frappier Treder & Weiss, LLP, attorneys of record herein for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-A UNDER THE POOLING AND SERVICING AGREEMENT DATED FEBRUARY 1, 2006 ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST ("Movant"). I am responsible for handling the pending Motion for Relief from the Automatic Stay (Doc. #72) in this bankruptcy proceeding for Movant.

2. On March 15, 2011, I electronically filed a document via the Court's CM/ECF Filing System, which appears as Document #74.

3. On March 15, 2011, copies of the ECF confirmation, SUPPLEMENTAL BRIEF RE: <u>GOMES v. COUNTRYWIDE HOME LOANS, INC., et al</u> IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY along with the Proof of Service ("the Packet") were served by United States mail, first class postage prepaid on the individuals identified in the Proof of Service. A true and correct copy of the Packet is attached hereto as Exhibit "A".

4. However, it was brought to my attention late afternoon on March 16, 2011, that only a copy of the Proof of Service was actually uploaded via the CM/ECF Filing System. I intended to upload, and mistakenly believed that I did upload, one .pdf document consisting of a copy of the SUPPLEMENTAL BRIEF RE: <u>GOMES v. COUNTRYWIDE HOME LOANS, INC., et al</u> IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY ("Brief") along with a copy of the Proof of Service. But, the copy of the Brief inadvertently did not get attached to the .pdf document. Therefore, only the Proof of Service ("POS") was electronically filed. A true and correct copy of the the electronically filed POS is attached hereto as Exhibit "B".

5.	Today, on March 17, 2011, I electronically filed a copy of the Brief and it appears as Document #75 on the Court's Docket.  A true and correct copy of the ECF confirmation with the filed Brief is attached hereto as Exhibit "C".

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed this 17th day of March, 2011, at Diamond Bar, California

/s/ Marisol A. Nagata<br>
Marisol A. Nagata

DECLARATION RE: FILING AND SERVICE OF SUPPLEMENTAL BRIEF RE: *GOMES v. COUNTRYWIDE HOME LOANS, INC., et al* IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
20955 Pathfinder Rd. Suite 300 Diamond Bar, CA 91765

A true and correct copy of the foregoing document described as <u>DECLARATION *RE: FILING OF BRIEF IN SUPPORT OF MOTION FOR RELIE FROM THE AUTOMATIC STAY*</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **3-17-11**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

US Trustee: ustpregion16.sa.ecf@usdoj.gov
Attorney for US Trustee: frank.cadigan@usdoj.gov
Catherine T. Vinh: ecfcacb@piteduncan.com
Ramesh Singh: claims@recoverycorp.com

Darlene Vigil: cdcaecf@bdfgroup.com
Triunfo One Acquision, LLC: tmg@jmbm.com
Joshua del Castillo: jdelcastillo@allenmatkins.com
Gerald Kim: cdcaecf@bdfgroup.com

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **3-17-11** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

Debtors: Tammy Nguyen, Thuan Nguyen, 3394 Carmel Dr., Costa Mesa, CA 92626
Debtors' Attorney: Gary Harre – 1940 W. Orangewood Ave., Ste 110, Orange, CA 92868
Attorney for US Trustee: Frank Cadigan, 411 W 4th St., Ste 9041, Santa Ana, CA 92701

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 3-17-11, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile <u>trans</u>mission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed

Hon. Judge Robert Kwan-US Bankruptcy Court - 411 W. Fourth St., Santa Ana CA, 92701----Personal delivery---5th Floor Bin

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3-17-11 | Marisol A. Nagata | /s/ Marisol A. Nagata |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010         **F 9013-3.1.PROOF.SERVICE**