| | |
|---|---|
| 1 | **GLOBAL CAPITAL LAW, PC**<br>Gary Harre, Esq. (86938)<br>Diane Beall, Esq. (86877)<br>8700 Warner Ave., Ste 200<br>Fountain Valley, CA 92708<br>Phone   (714) 907-4182<br>Fax       (714) 907-4175<br>Email: ghcmecf@Gmail.Com |

FILED & ENTERED

MAR 25 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kent          DEPUTY CLERK

ATTORNEY FOR DEBTOR,
    THUAN X. NGUYEN & TAMMY H. NGUYEN

CHANGES MADE BY COURT

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

In re

    THUAN X. NGUYEN
    TAMMY H. NGUYEN

            Debtors

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Case No.  8:10-bk-21730-RK**

Chapter 11

ORDER

DENYING EX PARTE APPLICATION TO STAY ENFORCEMENT OF RELIEF FROM THE AUTOMATIC STAY.

Honorable Robert Kwan

411 West Fourth Street, Suite 5165
Santa Ana, CA 92701-4593

    The Court having considered Debtor's *Ex Parte* Application to Stay Enforcement of Relief From the Automatic Stay.  Thereof finds that it should grant the Application.

    ///

    ///

IT IS HEREBY ORDERED THAT the application is denied for failure to comply with notice requirements and procedures of Local Bankruptcy Rules 9013-1 and 9075-1:

###

DATED: March 25, 2011

_____
United States Bankruptcy Judge

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

8700 Warner Ave., Suite 200
Fountain Valley, CA 92708

A true and correct copy of the foregoing document described as ***PROPOSED ORDER TO STAY ENFORCEMENT OF RELIEF FROM THE AUTOMATIC STAY*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ***3/10/2011***_____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Honorable Robert Kwan
411 West Fourth Street, Suite 5165
Santa Ana, CA 92701-4593      ☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3/10/2011  Carolyn J Olson | /s/ Carolyn J Olson |
|---|---|
| *Date           Type Name* | *Signature* |

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ***Order Denying Ex Parte Application To Stay Enforcement Of Relief From The Automatic Stay*** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of ***3/10/2011***, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Catherine T Vinh  ecfcacb@piteduncan.com Attorney For Citimortgage, Inc., Successor By Merger With Abn Amro Mortgage Group, Inc.

- Thomas H Casey (TR)    msalustro@tomcaseylaw.com and to casey@ecf.epiqsystems.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Thomas M Geher    tmg@jmbm.com
- Gerald S Kim    cdcaecf@bdfgroup.com
- Marisol A Nagata    cdcaecf@bdfgroup.com
- Ramesh Singh    claims@recoverycorp.com
- Darlene C Vigil    cdcaecf@bdfgroup.com
- Joshua del Castillo    jdelcastillo@allenmatkins.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an  Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an  Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9021-1.1.NOTICE.ENTERED.ORDER**