B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re   **Thuan X Nguyen**
       **Tammy H Nguyen**
                                                    Case No.   **10-21730-RK**
                          Debtor(s)                 Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| CDC Small Business Center 1545 River Park Dr Sacramento, CA 95815 | CDC Small Business Center 1545 River Park Dr Sacramento, CA 95815 | Foreclosure February, 2011 Commercial Building 17331 New Hope St, Fountain Valley, CA 92708 | Contingent Unliquidated Disputed | 890,000.00 |
| Center Bank 253 N. Western Los Angeles, CA 90004 | Center Bank 253 N. Western Los Angeles, CA 90004 | Foreclosure February, 2011 Commercial Building 17331 New Hope St, Fountain Valley, CA 92708 | Contingent Unliquidated Disputed | 1,100,000.00 |
| Center Bank 253 N Western Los Angeles, CA 90004 | Center Bank 253 N Western Los Angeles, CA 90004 | Foreclosure February, 2011 17331 New Hope, Fountain Valley CA 92708 | Contingent Unliquidated Disputed | 593,000.00 |
| Center Bank 253 N. Western Avenue Los Angeles, CA 90004 | Center Bank 253 N. Western Avenue Los Angeles, CA 90004 | Rental property 1149 S. Arapaho Dr. Santa Ana, CA 92706 | Disputed | 593,000.00 (270,000.00 secured) (261,000.00 senior lien) |
| Citimortgage PO Box 769004 San Antonio, TX 78245 | Citimortgage PO Box 769004 San Antonio, TX 78245 | Residence Single Family Home 3394 Carmel Dr, Costa Mesa, CA 92626 | Disputed | 78,000.00 (550,000.00 secured) (752,000.00 senior lien) |
| Indymac/One West Bank 6900 Beatrice Drive Kalamazoo, MI 49009 | Indymac/One West Bank 6900 Beatrice Drive Kalamazoo, MI 49009 | Residence 3394 Carmel Dr, Costa Mesa, CA 92626 | Disputed | 752,000.00 (550,000.00 secured) (752,000.00 senior lien) |

**B4 (Official Form 4) (12/07) - Cont.**

In re **Thuan X Nguyen**
  **Tammy H Nguyen**
     Debtor(s)

Case No. **10-21730-RK**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**B4 (Official Form 4) (12/07) - Cont.**

In re    **Thuan X Nguyen**
         **Tammy H Nguyen**                                          Case No.    **10-21730-RK**
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

We, **Thuan X Nguyen** and **Tammy H Nguyen**, the debtors in this case, declare under penalty of perjury that we have read the foregoing list and that it is true and correct to the best of our information and belief.

Date    **March 16, 2011**                   Signature    **/s/ Thuan X Nguyen**
                                                           **Thuan X Nguyen**
                                                           Debtor


Date    **March 16, 2011**                   Signature    **/s/ Tammy H Nguyen**
                                                           **Tammy H Nguyen**
                                                           Joint Debtor


*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.