# United States Bankruptcy Court
## Central District of California

In re   **Thuan X Nguyen,**
       **Tammy H Nguyen**
       Debtors

Case No. **10-21730-RK**

Chapter **11**

# LIST OF EQUITY SECURITY HOLDERS - AMENDED

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **None** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the  of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **April 14, 2011**       Signature **/s/ Thuan X Nguyen**
                                                                                                                            **Thuan X Nguyen**
                                                                                                        Debtor

Date  **April 14, 2011**       Signature **/s/ Tammy H Nguyen**
    **Tammy H Nguyen**
    Joint Debtor

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**0**  continuation sheets attached to List of Equity Security Holders