GLOBAL CAPITAL LAW, PC
Gary Harre, Esq., SBN 86938
Diane J. Beall, Esq., SBN 86877
8700 Warner Avenue, Suite 200
Fountain Valley, CA 92708
Tel: (714) 907-4182
Fax: (714) 907-4175

Attorneys for Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>THUAN X. NGUYEN,<br>TAMMY H. NGUYEN,<br><br>　　　　Debtors-in-Possession | Case No. 10-21730-RK<br><br>Chapter 11<br><br>**DEBTORS' STATUS CONFERENCE REPORT**<br><br>Date: May 25, 2011<br>Time: 11:00 a.m.<br>Place: Courtroom 5 D, 5th Floor<br>　　　411 W. Fourth Street<br>　　　Santa Ana, CA 92701 |

**TO THE HONORABLE ROBERT N. KWAN, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; AND TO ALL OTHER INTERESTED PARTIES:**

Thuan X, Nguyen, Tammy H. Nguyen, the debtors and debtors-in-possession in the above-referenced Chapter 11 case ("Debtors"), hereby submit their Status Conference Report as follows:

**A. Business, Principal Assets and Liabilities**

The Debtors own a printing business, T and L Printing which is an S-Corporation located in Fountain Valley, CA, since December, 2000. During the real estate bubble, the Debtors invested in three (3) real properties, the Debtors' primary residence, located at 3394 Carmel Drive, Costa Mesa, CA; a rental property, located at 1149 S. Arapaho Drive, Santa Ana, CA;

and a commercial building, located at 17331 Newhope Street, Fountain Valley, which is where the Debtors maintain their printing business, T and L Printing.

The Debtors' principal assets are as follows:

- Primary residence-3394 Carmel Drive, Costa Mesa, CA 92626, approximate value is: $550,000.00;
- Rental property-1149 S. Arapaho Drive, Santa Ana, CA 92706, approximate value is: $270,000.00; and
- A 2010 Lexus LX570, approximate value is: $77,800.00 and a 1992 Ford Explorer, approximate value is: $2,500.00

The Debtors' secured debt is as follows:

| Property | Creditor | Claim Balance |
| --- | --- | --- |
| 3394 Carmel Drive Costa Mesa, CA 92626 | Indymac/One West Bank 1st TD Primary residence | $752,000.00 |
| 3394 Carmel Drive Costa Mesa, CA 92626 | CitiMortgage 2nd TD Primary residence | $78,000.00 |
| 1149 S. Arapaho Drive Santa Ana, CA 92706 | CitiMortgage 1st TD Rental property | $261,000.00 |
| 1149 S. Arapaho Drive Santa Ana, CA 92706 | Center Bank 2nd TD Rental property | $593,000.00 |

The Debtors also have a secured debt to Toyota Motor/Lexus Financial for the 2010 Lexus LX570 in the amount of $78,119.44.

Debtors' total secured debt is approximately $1,762,119.44.

Debtors owe approximately $2,583,000.00 in unsecured non-priority debts.

Debtors' personal property assets have an approximate fair market value of $87,400.00.

**B. Background of the Bankruptcy Filing**

1. What Precipitated the Bankruptcy Filing

The Debtors' case was precipitated by the economy and the real estate market downturn. The Debtors' rental income on the property located at 1149 S. Arapaho Drive, Santa Ana, CA is insufficient to cover the mortgage payments and the expenses on the real property. In February, 2011, the Debtors lost their commercial property located at 17331 Newhope Street, Fountain Valley, CA in a Trustee's Sale, and as a result, the Debtors no longer own this real property.

The Debtors tried to obtain a loan modification on their real properties including their primary residence with the lenders to reduce their monthly mortgage payment, without any luck.

After numerous unsuccessful attempts to modify the loans, the Debtors gave up and filed the now pending bankruptcy case to avoid losing their remaining real properties.

2. What Debtors Hope to Accomplish in the Chapter 11 Case

The Debtors' primary residence located at 3394 Carmel Drive, Costa Mesa, CA and the Debtors' rental property located at 1149 S. Arapaho Drive, Santa Ana, CA have both declined in value significantly. The Debtors owe more to their secured creditors on these properties than what they are presently worth.

As stated above, the Debtors' commercial property located at 17331 Newhope Street, Fountain Valley was sold in a Trustee's Sale by Center Bank in February, 2011.

The Debtors originally filed this case as a Chapter 7 on August 23, 2010 and it was converted to a Chapter 11 case on March 2, 2011 to restructure the secured debts on their real properties. The Debtors are hopeful and reasonably confident that they can retain the ownership on their remaining real properties and they can now earn enough to reorganize their finances and save their hard-earned properties.

The Debtors intend to file motions or adversary proceedings, as necessary, to value their real properties and strip liens accordingly.

The Debtors will then propose a plan to pay the secured creditors the present value of the fair market value of their collateral.

3. Principal Disputes or Problems to Be Resolved

A motion for relief from the automatic stay on Debtors' primary residence was granted by the Court on April 5, 2011.

A motion for relief from the automatic stay on Debtors' rental property was granted by the Court on March 8, 2011.

A motion for relief from the automatic stay on Debtors' 2010 Lexus LX570 was granted by the Court on May 3, 2011.

///

The Debtors will be filing motions under 11 U.S.C. §506 to value their real properties and strip liens accordingly.

### 4. Best Method to Resolve Disputes or Problems Expeditiously

The Debtors have filed appeals on the Motions for relief from the automatic stay on their real properties.

The Debtors have obtained appraisals on their real properties that are necessary to prepare Motions to Value the real properties, and they intend to file those motions as soon as possible.

On March 27, 2011, the Debtors filed their Motion for Order Fixing Bar Date for the Filing of Proofs of Claim to set for June 25, 2011 as the Claim Bar Date, but it was denied by the Court on April 22, 2011 because the Court will set a claims bar date at the status conference.

### 5. Compliance with FRPB 1007 and United States Trustee Requirements

The Debtors have filed all their required Schedules, Statements of Financial Affairs and they are in full compliance with FRPB 1007 in this case.

The Debtors have submitted their 7-Day Package and they are in compliance with the Office of the United States Trustee as of March 16, 2011.

### 6. Parties Claiming an Interest in Cash Collateral

None at this time.

### 7. Post-Petition Cash Collateral

The Debtors have opened a cash collateral bank account and have segregated the rents from the rental property located at 1149 S. Arapaho Drive, Santa Ana, CA. The Debtors may bring a Motion for Use of Cash Collateral on this rental property if needed.

### C. **Professionals Retained by or Intended to Be Retained by the Estate**

Debtors have retained Global Capital Law, PC, to assist them in this Chapter 11 case. Debtors have not yet filed their Application to Employ Global Capital Law, PC, as their bankruptcy counsel, and such Application will be forthcoming.

///

///

**D. Debtors' Financial History for the 2 Year Before the Bankruptcy Filing and Projected Income and Expenses**

This case is not an operating case.

**E. Proposed Deadlines for Filing Proofs of Claim**

1. <u>Claims</u>

As stated above, the Debtors had proposed June 25, 2011 as the deadline to file proofs of claim pursuant to the Motion for Order Fixing Bar Date for the Filing of Proofs of Claim which was filed with the Court on March 27, 2011, but it was denied by the Court on April 22, 2011 because the Court will set a claims bar date at the status conference.

2. <u>Objections to Claims</u>

The Debtors request that the Court set a deadline for filing objections to claims at the status conference.

**F. Proposed Deadline for Filing Plan of Reorganization and Disclosure Statement**

The Debtors also request that this Court set at the Status Conference, a deadline to file a Disclosure Statement and Plan of Reorganization.

**G. Significant Unexpired Leases and Executory Contracts to Which the Debtor Is A Party and the Debtor's Intentions with Regard to these Leases and Contracts**

The Debtors are a party to a lease agreement on their rental property located at 1149 S. Arapaho Drive, Santa Ana, CA, in which this agreement will be assumed in Debtors' plan of reorganization.

Respectfully submitted.

Dated: May 5, 2011                    **GLOBAL CAPITAL LAW, PC**


\_\_/s/ Gary Harre _____
Gary Harre, Esq.
Diane J. Beall, Esq.
Attorneys for Debtors-in-Possession

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My address is: 8700 Warner Avenue, Suite 200, Fountain Valley, CA 92708

A true and correct copy of the foregoing document described as **Debtors' Status Conference Report** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On May 6, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Frank Cadigan frank.cadigan@usdoj.gov
- Thomas M Geher tmg@jmbm.com
- Gary L Harre ghcmecf@gmail.com
- Gerald S Kim cdcaecf@bdfgroup.com
- Randall P Mroczynski randym@cookseylaw.com
- Marisol A Nagata cdcaecf@bdfgroup.com
- Ramesh Singh claims@recoverycorp.com
- United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- Darlene C Vigil cdcaecf@bdfgroup.com
- Catherine T Vinh ecfcacb@piteduncan.com
- Joshua del Castillo jdelcastillo@allenmatkins.com

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On May 6, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Robert N. Kwan
411 W. Fourth Street, Suite 5165
Santa Ana, CA 92701

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 6, 2011 | Delores Jackson | /s/ Delores Jackson |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**DEBTORS' STATUS CONFERENCE REPORT**
- 6 -

1  **Service information continued**

2

3

4                  **CDC SMALL BUSINESS FINANCE**
1545 RIVER PARK DR 530
SACRAMENTO CA 95815

5

6  **CENTER BANK**
253 N WESTERN AVENUE
7  LOS ANGELES CA 90004

8  **CITI MORTGAGE**
PO BOX 769004
9  SAN ANTONIO TX 78245

10  **CITI MORTGAGE INC**
PO BOX 6006
11  THE LAKES NV 88901

12  **INDYMAC MORTGAGE SERVICES**
13  6900 BEATRICE DR
KALAMAZOO MI 49009

14

15  **Toyota Motor Credit Corporation**
3200 West Ray Road
16  Chandler, AZ 85226

17  **Toyota Motor Credit Corporation**
PO BOX 8026
18  Cedar Rapids, IA 52408-8026

19

20

21

22

23

24

25

26

27

28