GLOBAL CAPITAL LAW, PC
Gary Harre, SBN 86938
8700 Warner Avenue, Suite 200
Fountain Valley, CA 92708
Tel: (714) 907-4182
Fax: (714) 907-4175

Proposed Attorneys for Debtors and Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>THUAN X. NGUYEN,<br>TAMMY H. NGUYEN<br><br>Debtors and Debtors-in-Possession | Case No. 10-21730-RK<br><br>Chapter 11<br><br>**APPLICATION BY DEBTORS AND DEBTORS-IN-POSSESSION TO EMPLOY GLOBAL CAPITAL LAW, PC AS BANKRUPTCY COUNSEL; DECLARATION OF GARY HARRE, ESQ. IN SUPPORT THEREOF**<br><br>[No Hearing Required] |

In support of this Application to Employ Global Capital Law, PC ("Global") as bankruptcy counsel, Thuan X. Nguyen, Tammy H. Nguyen, the Debtors and Debtors-in-Possession herein ("Debtors") hereby allege as follows:

**Background**

1. The Debtors commenced this bankruptcy case by filing a Voluntary Petition under Chapter 7 on August 23, 2010 and it was converted to a Chapter 11 of the Bankruptcy Code on March 2, 2011. (the "Petition Date").

2. This Court has core jurisdiction over this matter pursuant to 28 U.S.C. §157(b)(2)(A).

**Relief Requested**

3. The Debtors respectfully requests this Court's authority to retain and employ Global as their general bankruptcy counsel in this case, effective as of March 2, 2011.

4. The Debtors selected Global to represent them because of Global's extensive experience and knowledge of fields of corporate reorganization, bankruptcy law, real estate, civil litigation and because Global is particularly well qualified for the type of representation required by the Debtors. All attorneys comprising of or associated with Global are admitted to practice law in all California courts and in the United States District Court for the Central District of California. A true and correct copy of the attorneys' biographies is attached hereto as Exhibit A to the accompanying Declaration of Gary Harre, Esq., and incorporated herein by this reference.

Accordingly, Global possesses the requisite expertise and background to handle all matters that are likely to arise in this case. The Debtors contemplate that Global will render the following general legal services:

(a) advising the Debtors concerning their rights and powers and duties under Section 1103 of the Bankruptcy Code;

(b) advising the Debtors concerning the administration of the Debtors' case;

(c) preparing on behalf of the Debtors all necessary and appropriate applications, motions, pleadings, draft orders, notices and other documents to be filed with this case;

(d) advising the Debtors concerning, and preparing responses to, applications, motions, pleadings, notices and other papers that may be filed and served in this case;

(e) assisting the Debtors in preparing and presenting a Chapter 11 plan or reorganization;

(f) representing the Debtors in any proceeding or hearing in the Bankruptcy Court involving their estate unless the Debtors is represented in a proceeding or a hearing by other special counsel;

(g) counseling and assisting the Debtors in claims analysis and resolution of such matters;

(h) commencing and conducting any and all investigations and litigation necessary or appropriate to assert rights on behalf of the Debtors, or otherwise further the goals of the Debtors in this case;

///

(i) representing the Debtor in any litigation commenced by, or against, the Debtors, including, without limitation, any nondischargeability litigation, provided that such litigation is within Global's expertise and subject to a further engagement agreement with the Debtors on terms acceptable to the Global;

(j) preparing and assisting the Debtors in the preparation of reports, applications, pleadings and orders including, but not limited to, applications to employ professionals, monthly operating reports, initial filing requirements, schedule and statement of financial affairs, lease pleadings, cash collateral pleadings and financing pleadings;

(k) representing the Debtors with regard to obtaining use of cash collateral including, but not limited to, negotiating and seeking Bankruptcy Court approval of any cash collateral pleading stipulation and preparing any pleadings relating to obtaining the use of cash collateral;

(l) assisting the Debtors in the negotiation, formulation, preparation and confirmation of a plan of reorganization and the preparation and approval of a disclosure statement in respect to the Chapter 11 Plan;

(m) examination of claims of creditors in order to determine their validity; and

(n) performing such other legal services for and on behalf of the Debtors as may be necessary or appropriate to assist the Debtors in satisfying its duties under Section 1103 of the Bankruptcy Code.

The Debtors hereby requests that all legal fees and related costs incurred by the Debtors on account of services rendered by Global in this case be paid as administrative expenses of the estate.

Subject to this Court's approval, Global will charge the Debtors for its legal services on an hourly basis, billed in tenths of an hour increments, in accordance with its ordinary and customary hourly rates in effect on the date that such services are rendered.

The current hourly rates charged by Global for professionals and paraprofessionals employed in its offices are provided below:

///

///

| **Billing Category** | **Range** |
|---|---|
| Gary Harre, Esq. | $350.00 |
| Associates | $250.00 |
| Law Clerks/Paralegals | $175.00 |

These hourly rates are subject to periodic adjustments to reflect economic and other conditions. Global will maintain detailed records of any actual and necessary costs incurred in connection with the aforementioned legal services. Global intends to apply to the Court for compensation and reimbursement of expenses in accordance with the provisions of the Bankruptcy Code, the Bankruptcy Rules and applicable local rules. Global has received a pre-petition retainer, the Retainer Balance described below, for services to be rendered in this bankruptcy case, as further described herein.

5. Prior to the Chapter 11 bankruptcy filing, the Debtors have agreed to pay Global a Retainer in the amount of $20,000.00 ("Retainer"), with an initial deposit of $.00, and the balance of $20,000.00 to be paid upon conclusion of the Chapter 11 case.

6. The source of the Retainer and Retainer Balance will be from the Debtors. Global will bill against the Retainer for its fees incurred and expenses advanced on behalf of the Debtors during the Debtors' Chapter 11 case. Global will seek Court authority to be paid from the Debtors for any and all fees incurred and expenses advanced by Global in excess of the Retainer.

7. Global will provide monthly billing statements to the Debtors that will set forth the amount of fees incurred and expenses advanced by Global during the previous month, and Global will file monthly statements with the Office of the United States Trustee.

8. Global understands the provisions of 11 U.S.C. §§327, 328, 330 and 331 which require, among other things, Court approval of the Debtor's employment of Global as counsel and of all legal fees and reimbursement of expenses that Global will receive from the Debtor's estate.

///

///

///

**APPLICATION BY DEBTORS TO EMPLOY GLOBAL CAPITAL LAW, PC AS BANKRUPTCY COUNSEL; DECLARATION OF GARY HARRE, ESQ. IN SUPPORT**

- 4 -

9. As set for in the Declaration of Gary Harre, Esq. (the "Harre Declaration"), to the best of Global and the Debtors' knowledge, Global does not hold or represent any interest adverse to the Debtors, the creditors herein or to the bankruptcy estate, and Global is a "disinterested person" as that term is defined in Section 101(14) of the Bankruptcy Code.

10. Global has no prior connection with the Debtors, the bankruptcy estate, any insiders of the Debtors, any entities disclosed to Global to be related to the Debtors, any creditors of the Debtors, or any other party in interest in this bankruptcy case, or their respective attorneys or accountants, the United States Trustee or any person employed by the United States Trustee.

11. The Debtors believe that the employment of Global upon the terms and conditions set forth above is in the best interests of the Debtors, the Debtors' estate and the creditors of the Debtors' estate.

**WHEREFORE**, the Debtors respectfully requests that the Court authorize it to retain and employ Global as their general bankruptcy counsel effective as of March 2, 2011, the effective date of the Chapter 11 petition, and grant such other and further relief that it deems just and proper.

Dated: May 16, 2011          _/s/ Thuan X. Nguyen _____
                             By: Thuan X. Nguyen

                             _/s/ Tammy H. Nguyen _____
                             By: Tammy H. Nguyen
                             Debtors and Debtors-in-Possession

Presented By:

**GLOBAL CAPITAL LAW, PC**

_/s/ Gary Harre _____
Gary Harre, Esq.
Proposed Attorneys for Debtors and Debtors-in-Possession

**DECLARATION OF GARY HARRE, ESQ.**

I, Gary Harre, hereby declare and state as follows:

1. I am an attorney at law licensed to practice before all Courts in the State of California, the United States District Court and the United States Bankruptcy Court for the Central District of California. I am a principal with the law firm of Global Capital Law, PC ("Global"), proposed general bankruptcy counsel for Thuan X. Nguyen, Tammy H. Nguyen, the Debtors and Debtors-in-Possession (the "Debtors") in the above-captioned Chapter 11 bankruptcy case. Unless otherwise indicated, the statements made in this Declaration are of my own personal knowledge, and if called upon to testify, I could and would competently testify to their truth.

2. The Debtors require the services of bankruptcy counsel to carry out their duties in this Chapter 11 bankruptcy case. By this Application, the Debtors seek to employ Global at the expense of the Debtors' bankruptcy estate, and to have its employment of Global be deemed effective as of March 2, 2011, the effective date of the Chapter 11 petition.

3. Global has extensive experience and knowledge of fields of corporate reorganization, bankruptcy law, real estate, civil litigation and is particularly well qualified for the type of representation required by the Debtors in this case. All attorneys comprising of or associated with Global are admitted to practice law in all California courts and in the United States District Court for the Central District of California. A true and correct copy of the attorneys' biographies is attached hereto as Exhibit A and incorporated herein by this reference.

4. Accordingly, Global possesses the requisite expertise and background to handle all matters that are likely to arise in this case. The Debtors contemplate that Global will render the following general legal services:

(a) advising the Debtors concerning their rights and powers and duties under Section 1103 of the Bankruptcy Code;

(b) advising the Debtors concerning the administration of the Debtors' case;

(c) preparing on behalf of the Debtors all necessary and appropriate applications, motions, pleadings, draft orders, notices and other documents to be filed with this case;

///

(d) advising the Debtors concerning, and preparing responses to, applications, motions, pleadings, notices and other papers that may be filed and served in this case;

(e) assisting the Debtors in preparing and presenting a Chapter 11 plan or reorganization;

(f) representing the Debtors in any proceeding or hearing in the Bankruptcy Court involving their estate unless the Debtors are represented in a proceeding or a hearing by other special counsel;

(g) counseling and assisting the Debtors in claims analysis and resolution of such matters;

(h) commencing and conducting any and all investigations and litigation necessary or appropriate to assert rights on behalf of the Debtors, or otherwise further the goals of the Debtors in this case;

(i) representing the Debtors in any litigation commenced by, or against, the Debtors, including, without limitation, any nondischargeability litigation, provided that such litigation is within Global's expertise and subject to a further engagement agreement with the Debtors on terms acceptable to the Global;

(j) preparing and assisting the Debtors in the preparation of reports, applications, pleadings and orders including, but not limited to, applications to employ professionals, monthly operating reports, initial filing requirements, schedule and statement of financial affairs, lease pleadings, cash collateral pleadings and financing pleadings;

(k) representing the Debtors with regard to obtaining use of cash collateral including, but not limited to, negotiating and seeking Bankruptcy Court approval of any cash collateral pleading stipulation and preparing any pleadings relating to obtaining the use of cash collateral;

(l) assisting the Debtors in the negotiation, formulation, preparation and confirmation of a plan of reorganization and the preparation and approval of a disclosure statement in respect to the Chapter 11 Plan;

(m) examination of claims of creditors in order to determine their validity; and

///

(n) performing such other legal services for and on behalf of the Debtors as may be necessary or appropriate to assist the Debtors in satisfying its duties under Section 1103 of the Bankruptcy Code.

5. Subject to this Court's approval, Global will charge the Debtors for their legal services on an hourly basis, billed in tenths of an hour increments, in accordance with its ordinary and customary hourly rates in effect on the date that such services are rendered.

The current hourly rates charged by Global for professionals and paraprofessionals employed in its offices are provided below:

| **Billing Category** | **Range** |
|---|---|
| Gary Harre, Esq. | $350.00 |
| Associates | $250.00 |
| Law Clerks/Paralegals | $175.00 |

These hourly rates are subject to periodic adjustments to reflect economic and other conditions. Global will maintain detailed records of any actual and necessary costs incurred in connection with the aforementioned legal services. Global intends to apply to the Court for compensation and reimbursement of expenses in accordance with the provisions of the Bankruptcy Code, the Bankruptcy Rules and applicable local rules. Global has received a pre-petition retainer, the Retainer Balance described below, for services to be rendered in this bankruptcy case, as further described herein.

6. Prior to the Chapter 11 bankruptcy filing, the Debtors have agreed to pay Global a Retainer in the amount of $20,000.00 ("Retainer"), with an initial deposit of $.00, and the balance of $20,000.00 to be paid upon conclusion of the Chapter 11 case.

7. The source of the Retainer and Retainer Balance will be from the Debtors. Global will bill against the Retainer for its fees incurred and expenses advanced on behalf of the Debtors during the Debtors' Chapter 11 case. Global will seek Court authority to be paid from the Debtors for any and all fees incurred and expenses advanced by Global in excess of the Retainer.

///

///

**APPLICATION BY DEBTORS TO EMPLOY GLOBAL CAPITAL LAW, PC AS BANKRUPTCY COUNSEL; DECLARATION OF GARY HARRE, ESQ. IN SUPPORT**

- 8 -

8. Global shall retain these funds in trust until authorized to be drawn upon by the procedures authorized by the Office of the United States Trustee and any order approving the Employment Application.

9. Global will provide monthly billing statements to the Debtors that will set forth the amount of fees incurred and expenses advanced by Global during the previous month, and Global will file monthly statements with the Office of the United States Trustee.

10. Global understands the provisions of 11 U.S.C. §§327, 328, 330 and 331, which require, among other things, court approval of the Debtors' employment of Global as bankruptcy counsel and of all legal fees and reimbursement of expenses that Global will receive from the Debtors and their estate.

11. To the best of my knowledge, Global does not hold or represent any interest adverse to the Debtors, the bankruptcy estate or the creditors herein, and Global is a "disinterested person" as that term is defined in Section 101(14) of the Bankruptcy Code.

12. To the best of my knowledge, Global has no prior connection with the Debtors, the bankruptcy estate, any insiders of the Debtors, any entities disclosed to Global to be related to the Debtors, any creditors of the Debtors, or any other party in interest in this bankruptcy case, or their respective attorneys or accountants, the United States Trustee or any person employed by the United States Trustee.

13. The Debtors believe that the employment of Global upon the terms and conditions set forth above is in the best interests of the Debtors, the Debtors' estate and the creditors of the Debtors' estate.

14. Attached hereto as Exhibit B and incorporated herein by this reference is a breakdown of the hourly rates, costs and expenses that Global is expected to occur in Debtors' Chapter 11 case.

15. No examiner or trustee has been appointed in this case at this time.

///

///

///

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 16th day of May, 2011, at Fountain Valley, CA

          __/s/  Gary Harre _____
          Gary Harre, Declarant
          Proposed Attorneys for the Debtors
          And Debtors-in-Possession

# EXHIBIT "A"

# BIOGRAPHY OF GARY HARRE

**GARY HARRE** obtained his undergraduate degree from the University of Illinois in 1961 and his law degree from Pacific Coast University, Long Beach in 1979. Mr Harre was admitted to the California State Bar in June, 1979.

Mr. Harre has over 30 years experience in Criminal law, Civil litigation, and bankruptcy. Mr. Harre is currently a principal with Global Capital Law, PC in Fountain Valley, CA, where he is a consumer bankruptcy attorney representing Debtors in Chapter 7, Chapter 13 and Chapter 11 bankruptcy cases.

Mr. Harre is licensed to practice law in the State of California before all Courts, and is admitted in the United States District Court and the United States Bankruptcy Court for the Central District, Eastern District, Northern District and Southern District of California.

# EXHIBIT "B"

## GLOBAL CAPITAL LAW, PC RATES, COSTS AND EXPENSES

| Billing Category | Range |
|---|---|
| Gary Harre, Esq. | $350.00 |
| Associates | $250.00 |
| Law Clerks/Paralegals | $175.00 |

**Costs and Expenses**

| | |
|---|---|
| In-office photocopying | $.20 per page |
| Postage | Actual costs |
| Mileage | $.58 a mile |
| Secretarial/Clerical/Overtime | $25.00 an hour |
| Telephone charges | Actual costs |
| Facsimile | $1.00 per page |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My address is: 8700 Warner Avenue, Suite 200, Fountain Valley, CA 92708

A true and correct copy of the foregoing document described as **Application by Debtors and Debtors in Possession to Employ Global Capital Law, PC as Bankruptcy Counsel; Declaration of Gary Harre, Esq. In Support Thereof** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On May 18, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On May 18, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Robert Kwan
411 W. Fourth Street, Suite 5165
Santa Ana, CA 92701

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on          I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 18, 2011 | Delores Jackson | /s/ Delores Jackson |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**APPLICATION BY DEBTORS TO EMPLOY GLOBAL CAPITAL LAW, PC AS BANKRUPTCY COUNSEL; DECLARATION OF GARY HARRE, ESQ. IN SUPPORT**
- 13 -

**Service information continued**

- Frank Cadigan frank.cadigan@usdoj.gov
- Thomas M Geher tmg@jmbm.com
- Gary L Harre ghcmecf@gmail.com
- Gerald S Kim cdcaecf@bdfgroup.com
- Randall P Mroczynski randym@cookseylaw.com
- Marisol A Nagata cdcaecf@bdfgroup.com
- Ramesh Singh claims@recoverycorp.com
- United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- Darlene C Vigil cdcaecf@bdfgroup.com
- Catherine T Vinh ecfcacb@piteduncan.com
- Joshua del Castillo jdelcastillo@allenmatkins.com

**CDC SMALL BUSINESS FINANCE**
1545 RIVER PARK DR 530
SACRAMENTO CA 95815

**CENTER BANK**
253 N WESTERN AVENUE
LOS ANGELES CA 90004

**CITI MORTGAGE**
PO BOX 769004
SAN ANTONIO TX 78245

**CITI MORTGAGE INC**
PO BOX 6006
THE LAKES NV 88901

**INDYMAC MORTGAGE SERVICES**
6900 BEATRICE DR
KALAMAZOO MI 49009

**Toyota Motor Credit Corporation**
3200 West Ray Road
Chandler, AZ 85226

**Toyota Motor Credit Corporation**
PO BOX 8026
Cedar Rapids, IA 52408-8026