| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| GLOBAL CAPITAL LAW, PC<br>Gary Harre, SBN 86938<br>8700 Warner Avenue, Suite 200<br>Fountain Valley, CA 92708<br>Telephone: (714) 907-4182<br>Facsimile: (714) 907-4175 | |
| ☑ *Attorney for Debtor(s)*<br>☐ *Debtor(s) appearing without an attorney* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** Santa Ana **DIVISION**

| In re:<br>THUAN X. NGUYEN<br>TAMMY H. NGUYEN<br><br><br><br><br><br>Debtor(s). | CASE NO.: 10-21730-RK<br>CHAPTER: 11<br><br>**NOTICE OF MOTION FOR ORDER WITHOUT HEARING PURSUANT TO LBR 9013-1(o)**<br><br>[No hearing unless requested in writing] |
|---|---|

### TO THE U.S. TRUSTEE AND ALL PARTIES IN INTEREST. PLEASE TAKE NOTICE THAT:

1. Movant(s) Thuan X. Nguyen / Tammy H. Nguyen, has filed a motion entitled Application by Debtors and Debtors-in-Possession to Employ Global Capital Law, PC as Bankruptcy Counsel; Declaration of Gary Harre, Esq. In Support Thereof

2. Movant(s) is requesting that the court grant the motion without a hearing, as provided for in LBR 9013-1(o).

3. The motion is based upon the legal and factual grounds set forth in the Motion and briefly described in the attached Description of Relief Sought. (*Check appropriate box below*):

    ☑ The full motion is attached hereto; or
    ☐ The full motion has been filed with the court, and a detailed description of the relief sought is attached hereto.

4. **DEADLINE FOR FILING AND SERVING OPPOSITION PAPERS AND REQUEST FOR A HEARING:** Pursuant to LBR 9013-1(o), any party objecting to the motion may request a hearing on the motion. The deadline for filing and serving a written opposition and request for a hearing is 14 days after the date of service of this notice, plus an

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*                    Page 1                    **F 9013-1.2.NOTICE.NO.HEARING**

additional 3 days unless the notice of motion was served by personal delivery or posting as described in F.R.Civ.P. 5(b)(2)(A)-(B).  If you fail to comply with this deadline, the court may treat such failure as a waiver of your right to oppose the motion and may grant the motion without further hearing and notice.

Date: May 16, 2011

Respectfully submitted,

By: /s/ Gary Harre
Signature of Movant or Attorney for Movant

Name: Gary Harre, Esq.
Printed Name of Movant or Attorney for Movant

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*     Page 2     **F 9013-1.2.NOTICE.NO.HEARING**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
8700 Warner Avenue, Suite 200, Fountain Valley, CA 92708

A true and correct copy of the foregoing document described as **NOTICE OF MOTION FOR ORDER WITHOUT HEARING PURSUANT TO LBR 9013-1(o)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Order(s) and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On May 18, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) stated below:

☑ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL OR OVERNIGHT MAIL** (state method for each person or entity served):
On May 18, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Robert Kwan
411 W. Fourth Street, Suite 5165
Santa Ana, CA 92701

☑ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: May 18, 2011         Signature: /s/ Delores Jackson

                           Printed Name: Delores Jackson

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*                    Page 3                    **F 9013-1.2.NOTICE.NO.HEARING**